# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 38
The People &c.,
   Respondent,
  v.
Cesar Garcia,
   Appellant.

Mark W. Zeno, for appellant.
David M. Cohn, for respondent.

Reargument ordered for a future Court session. Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia and Wilson concur.

Decided May 6, 2021